FILED

2019 JUL 18 PM 12: 0C

CLERK U.S. DIST...
CENTRAL DI...
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| U.S.A. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:16-CR-1263-33-S |
| v. | |
| Saul Romero | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S) | |

19 MJ02936

The above-named defendant was charged by: Indictment
in the Southern _____ District of Texas _____ on 12/16/2017 _____
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title 21 _____ U.S.C., Section(s) 848 _____
to wit: Criminal Enterprise _____

A warrant for defendant's arrest was issued by: Frances Stacy, U.S. Magistrate Judge _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on   7/18/19   , by

_____, Deputy Clerk.

| | |
|---|---|
| Signature of Agent | L. Sutanto |
| | Print Name of Agent |
| USMS | DUSM |
| Agency | Title |