FILED

2019 JUL 18 PM 12: 0C

CLERK U.S. ...
CENTRAL DIST ...
LOS ANGEL ...
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 5:16-CR-1263-33-S |
| V. | |
| Saul Romero | REPORT COMMENCING CRIMINAL |
| | ACTION |
| USMS# _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**19 MJ02936**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 07/17/19 @2000                  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:     ☐ Yes    ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):     ☒ Yes    ☐ No

4. Charges under which defendant has been booked:

   21 USC 848  Criminal Enterprise

5. Offense charged is a:     ☒ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

6. Interpreter Required:     ☒ No    ☐ Yes     Language: _____

7. Year of Birth: 1990

8. Defendant has retained counsel:     ☒ No
   ☐ Yes    Name: _____                     Phone Number: _____

9. Name of Pretrial Services Officer notified:  e mailed     NNETTA SMITH

10. Remarks (if any): _____

11. Name: L. Sutanto                  (please print)

12. Office Phone Number: 213-620 7676              13. Agency: USMS

14. Signature: _____                   15. Date: 07/18/19

CR-64 (05/18)                    REPORT COMMENCING CRIMINAL ACTION